IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VICTORIA PETERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:18-cv-864-SRW |
| | ) |
| CREDIT ACCEPTANCE CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

This matter is before the court on the parties' "Stipulated Order Compelling Arbitration," *see* Doc. 9, which the court construes as a joint motion to compel arbitration and dismiss this case with prejudice, *see* Doc. 12. On December 18, 2018, the parties consented to the exercise of final dispositive jurisdiction over this cause by the undersigned pursuant to 28 U.S.C. § 636(c). *See* Doc. 13; Doc. 14.

Upon consideration, and for good cause, it is

ORDERED, ADJUDGED, and DECREED as follows:

(1) The parties' "Stipulated Order Compelling Arbitration" is construed as a joint motion to compel arbitration and dismiss this case with prejudice. *See* Doc. 9; Doc. 12. The construed joint motion to compel arbitration and dismiss this case (Doc. 9) is GRANTED.

(2) All claims asserted by plaintiff against defendant are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs and attorneys' fees.

(3) The clerk is DIRECTED to close this file. This order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58.

Done, on this the 16th day of January, 2019.

                                                            /s/ Susan Russ Walker  
                                                            Susan Russ Walker  
                                                            United States Magistrate Judge